FIRST DEPARTMENT, DECEMBER, 1964

(December 1, 1964)

■ CHARLES ROTHENBERG et al., a Copartnership, Doing Business under the Name of ROTHENBERG & ATKINS, Respondents, v. ALLAN B. HUNTER, Appellant.— Order, entered on June 3, 1964 denying defendant's motion to strike certain paragraphs of the complaint as prejudicial or in the alternative for partial summary judgment, unanimously affirmed, with $30 costs and disbursements to respondents. In thus affirming the court does not pass upon the materiality of any of the allegations attacked or the admissibility of evidence offered thereunder. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ PAN AMERICAN WORLD AIRWAYS, INC., Appellant, v. PEELLE COMPANY, Respondent.— Judgment dismissing complaint in action to recover for breach of contract against contractor unanimously affirmed, without costs to any party. While plaintiff-appellant makes a cognizable distinction between the right to recover for damages consequent on the breach of duty by the contractor for failure in its primary contractual duty to perform the contract as distinguished from any contractual or common-law obligation to indemnify, the court, nevertheless, feels constrained by the rationale in *Semanchuck* v. *Fifth Ave. & 37th St. Corp.* (290 N. Y. 412) and *Walters* v. *Rao Electrical Equip. Co.* (289 N. Y. 57). Concur — Botein, P. J., Breitel, Rabin, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EVARISTO BERRIOS, Appellant.— Order, entered on October 31, 1963, is amended to include a provision dismissing the appeal from the denial of the motion to set aside the plea of guilty and sentence. Concur — Botein, P. J., Breitel, Rabin, Eager and Steuer, JJ.

■ In the Matter of SIDNEY FELBER.— Motion for an order reinstating respondent as an attorney and counselor at law of the State of New York denied. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.

■ RACHEL TAYLOR v. JASON N. ROBARDS, JR.— Motion for leave to appeal from a determination of the Appellate Term denied, with $10 costs. We do not deny leave upon the ground that the case of *Danann Realty Corp.* v. *Harris* (5 N Y 2d 317) precludes the assertion of the defense of duress. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ REYNOLDS METALS COMPANY v. THE PEOPLE OF THE STATE OF NEW YORK et al.— Motion to dismiss appeal granted, with leave to appellants to move for vacatur within 30 days from the entry of the order herein upon papers showing the reason for the delay, explaining appellants' counsel's letter of May 12, 1964, and their failure to proceed thereafter until the motion herein was made together with evidence that the appeal has merit (cf. *Tonkonogy* v. *Jaffin*, 21 A D 2d 264). Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of JOHN J. SULLIVAN v. JOHN A. WALLACE, as Director of Probation.— Motion for an order dismissing charges and specifications and for other relief dismissed. (See CPLR 7804.) Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.